

LAWRENCE S. HAN
PARTNER
(516) 357-3148
lawrence.han@rivkin.com

December 22, 2025

**VIA ECF**

Hon. Maragret M. Garnett, U.S.D.J.
Thurgood Marshal Untied States Courthouse
40 Foley Square, Courtroom 906
New York, New York 10007

    Re:    *Albert Zylyftari v. Stuard Richard Lang, Esquire et al.*
                Case No. 25-cv-09548-MMG

Dear Honorable Margeret M. Garnett,

    This office has been retained to represent the Defendant Stuart Lang, Esquire ("Defendant") in the above-referenced matter. We respectfully submit this letter to request an extension of Defendant's time to respond to the Plaintiff Albert Zylyftari's ("Plaintiff") complaint until January 26, 2026. (It is currently unclear when Defendant's response is due based on the filings on the docket.) This application is made in compliance with Section I(B)(5) of Your Honor's Individual Practices.

    The extension is necessary to allow sufficient time for us to meaningfully consult with the Defendant regarding Plaintiff's allegations, including claims of legal malpractice, and potential defenses thereto. Additionally, the upcoming holiday season and prior personal commitments have created scheduling challenges, making it difficult to coordinate meetings and gather necessary information.

    This request is being made with the consent of Plaintiff's counsel, Mark S. Guralnick, Esq. There have been no prior requests for an extension of time to respond to the Complaint. Moreover, no appearances have yet been filed for Co-Defendants, Louis C. Fiabane and Louis C. Fiabane, P.C. (collectively, "Co-Defendants"), and Plaintiff's counsel has advised that no attorney has contacted him on behalf of the Co-Defendants. Based on our review of the docket, there is an initial conference scheduled for January 8, 2026, at 9:30 am, which would also need to be adjourned.

66 South Pearl Street
Albany, NY 12207-1533
T 518.462.3000  F 518.462.4199

25 Main Street, Court Plaza North
Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460  F 201.489.0495

1301 Riverplace Boulevard
Jacksonville, FL 32207-9047
T 904.792.8925  F 904.467.3461

477 Madison Avenue
New York, NY 10022-5818
T 212.455.9555  F 212.687.9044

2649 South Road, Suite 100
Poughkeepsie, NY 12601-6843
T 845.473.8100  F 845.473.8777



December 22, 2025
Page 2

Accordingly, we respectfully request that this Court grant Defendant's application and extend his time to respond to the Complaint through January 26, 2026, by "So Ordering" this letter in the space provided below. We are, of course, available to discuss the matter at the Court's convenience.

We thank the Court for its attention to this matter.

GRANTED.  Defendants' deadline to respond to the Complaint is EXTENDED until **January 26, 2026**.  The Initial Pretrial Conference previously scheduled for January 8, 2026 is ADJOURNED until **February 19, 2026** at **9:30 A.M.**  The deadline for the parties' joint pre-conference submissions is likewise EXTENDED until **February 12, 2026**.

Respectfully submitted,

RIVKIN RADLER LLP

/ s Lawrence S. Han
Lawrence S. Han

CC: All counsel of record via ECF

SO ORDERED:

_____
Hon. Maragret M. Garnett, U.S.D.J.

Dated: ___ December 22, 2025

4905-2813-0180, v. 1